UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF WILLIAM COUSTE et al., | No. 2:25-cv-03663-DAD-CKD |
| Plaintiffs, | |
| v. | ORDER GRANTING THE PARTIES' JOINT STIPULATION TO CONSOLIDATE CASES AND DENYING THE PENDING MOTIONS TO DISMISS IN BOTH ACTIONS AS MOOT |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION ET AL., | |
| Defendants. | (Doc. No. 20) |
| SUSAN CHARNEY, | No. 2:25-cv-03759-DAD-CKD |
| Plaintiff, | |
| v. | |
| STATE OF CALIFORNIA et al., | |
| Defendants. | |

Before the court is the parties' joint stipulation requesting that the court consolidate the following two actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure: (1) *The Estate of William Couste et al. v. CDCR, et al.*, 2:25-cv-03663-DAD-CKD ("*Couste*"); and (2) *Charney v. State of California et al.*, 2:25-cv-03759-DAD-CKD ("*Charney*"). (2:25-cv-03663-DAD-CKD Doc. No. 20.) The parties stipulate that these actions should be consolidated "for all

1

purposes, including discovery and trial, pursuant to Federal Rules of Civil Procedure, rule 42(a)." (*Id.* at 3.)  Although the parties did not file their stipulation in the *Charney* action, the stipulation filed in the *Couste* action is signed by all counsel, including counsel of record for the plaintiff in the *Charney* action.  (*See id.* at 5.)  The parties have also stipulated to the filing of a first amended complaint ("FAC") naming plaintiffs Jonathan Couste and Susan Charney as plaintiffs and have further stipulated to extend the deadline for defendants to file a response to the FAC to June 1, 2026.  (*Id.* at 3–4.)  Moreover, the parties have requested the court to vacate the initial scheduling conference presently set for June 22, 2026, and reset the initial scheduling conference to a new date "after the pleadings are settled."  (*Id.* at 4.)  Finally, the parties have stipulated that the motions to dismiss that are currently pending in both actions should be denied by the court as moot upon the filing of the FAC.  (*Id.*)  On April 24, 2026, plaintiffs filed an FAC naming Jonathan Couste and Susan Charney as plaintiffs in the *Couste* action.  (2:25-cv-03663-DAD-CKD Doc. No. 21.)

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, "[i]f actions before the court involve a common question of law or fact, the court may:  (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay."  In exercising its discretion, the court "weighs the saving of time and effort consolidation would produce against any inconvenience, delay, or expense that it would cause."  *Huene v. United States*, 743 F.2d 703, 704 (9th Cir. 1984).

Here, the court finds that the above-captioned actions involve the same or similar parties, claims, and questions of fact or law, and that consolidation will avoid unnecessary costs and duplication of proceedings.  Thus, good cause exists to consolidate these cases.

Accordingly,

1.     Plaintiffs' motion to consolidate the above-reference cases (2:25-cv-03663-DAD-CKD Doc. No. 20) is GRANTED as follows:

     a.     The above-referenced cases shall be consolidated for all purposes, including discovery and trial, pursuant to Rule 42(a);

/////

2

b.      The initial scheduling conference presently set for June 22, 2026 in 2:25-cv-03663-DAD-CKD is VACATED and RESET to July 27, 2026.

2.      The Clerk of the Court is directed to file this order in each of the above-referenced cases;

**3.**      The motions to dismiss presently pending in in *Couste* (2:25-cv-03663-DAD-CKD, Doc. No. 15) and (2:25-cv-03759-DAD-CKD, Doc. No. 9), is DENIED without prejudice as having been rendered moot by the filing of the First Amended Complaint in *Couste* (2:25-cv-03663-DAD-CKD Doc. No. 21);

**4.**      The motion to dismiss filed in *Charney* (2:25-cv-03759-DAD-CKD, Doc. No. 9) is also DENIED as moot; and

3.      Going forward, the parties and the Clerk of the Court are directed to file documents under only the lead case number.  Future captions should indicate the lead case number followed by the member case number as follows:

| | |
|---|---|
| **Lead Case:** | **2:25-cv-03663-DAD-CKD** |
| **Member Case:** | **2:25-cv-03759-DAD-CKD** |

IT IS SO ORDERED.

Dated:    **April 27, 2026**                _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

3